**Motion Granted and Order filed April 12, 2016**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-14-01026-CR**
**NO. 14-14-01027-CR**

_____

**CARLOS GALLEGOS-PIEDRA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause Nos. 74807 and 73600**

---

## ORDER

On March 10, 2016, we ordered the district court to afford appellant an opportunity to view the trial records so he may prepare a pro se response to the *Anders* brief filed by his lawyer. *See Anders v. California*, 386 U.S. 738 (1967); *Gainous v. State*, 436 S.W.2d 137 (Tex. Crim. App. 1969). Appellant has notified this court that he has received the clerk's records but not the reporter's records.

Accordingly, we hereby direct the Judge of the 412th District Court to make the reporter's records available to appellant in accordance with local procedure; that those

records be furnished those records to appellant on or before **April 27, 2016;** that the clerk of that court certify to this court the date on which delivery of the records to appellant is made; and that appellant file his pro se brief with this court within thirty days of that date.


PER CURIAM